IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR164** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| **JOSE G. DIAZ-DIAZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 522) is denied; and

2. The Clerk is directed to mail a copy of this Judgment to the defendant at his last known address.

DATED this 13th day of March, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge