# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR164** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOSE G. DIAZ-DIAZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Defendant's motion for reconsideration (Filing No. 527).

IT IS ORDERED that the Defendant's motion for reconsideration (Filing No. 527) is denied.

DATED this 16th day of April, 2007.

                                                 BY THE COURT:

                                                 s/Laurie Smith Camp
                                                 United States District Judge