## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | **CASE NO. 8:02CR164** |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **JUDGMENT** |
| | **)** | |
| **JOSE G. DIAZ-DIAZ,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

Pursuant to the accompanying Memorandum and Order,

IT IS ORDERED:

1.      The Defendant's motion to vacate, set aside, or correct his sentence pursuant

to 28 U.S.C. § 2255 (Filing No. 534) is denied; and

2.      The Clerk is directed to mail a copy of this Judgment to the Defendant at his

last known address.

DATED this 30th day of October, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge