# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:02CR164 |
| vs. ) | |
| ) | ORDER TO SHOW CAUSE |
| JOSE G. DIAZ-DIAZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The records of the court show that on February 27, 2008, a letter (Filing No. 553) was sent to

**John Bennet**
**P.O. Box 19144**
**Amarillo, TX 79114**

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on April 3, 2008, Mr. Bennet has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **April 22, 2008**, attorney Bennet shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 4th day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge