**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:02CR164** |
| ) | |
| Plaintiff, ) | |
| ) | **MEMORANDUM** |
| vs. ) | **AND ORDER** |
| ) | |
| **JOSE G. DIAZ-DIAZ,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's Motion for application of Amendment 782 pursuant to §3582(c)(2) (Filing No. 626) and the Defendant's Motion to Object to the Probation's Recalculations of the Guideline Changes (Filing No. 643). The Defendant was sentenced on July 8, 2003, and the Court has reviewed the worksheet prepared by the U.S. Probation Office. Because the drug quantity amount attributed to the Defendant is more than 45 kilograms and the base level did not change, the Defendant is not eligible for a reduction from the previously imposed sentence. Therefore,

IT IS ORDERED:

1. The Defendant's Motion for application of Amendment 782 pursuant to §3582(c)(2) (Filing No. 626) and the Motion to Object to the Probation's Recalculations of the Guideline Changes (Filing No. 643) are denied;

2. The Court finds that the Defendant is ineligible for a reduction of sentence pursuant to Sentencing Guideline Amendment 782; and

3. The Clerk of Court is ordered to mail a copy of this order to the Defendant at his last known address.

DATED this day of 29th day of April, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge